UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Violation Notice: 3624586 |
| JAVIER ROSA | : | <u>ORDER FOR DISMISSAL</u> |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses Violation No. 3624586 against defendant Javier Rosa, which was filed on June 11, 2014 charging him with:

Assaulting a Federal Police Officer

for the reason that prosecution of defendant Javier Rosa, is being deferred under the terms of a pretrial diversion agreement.

      This dismissal is without prejudice, and is pending the successful completion by defendant Javier Rosa, of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

                                                     _____
                                                     PAUL J. FISHMAN
                                                     United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

                                                     HON. ANTHONY R. MAUTONE
                                                     United States Magistrate Judge

Dated: 11/20/14